IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GERALD HARRIS,

                Plaintiff,

      v.

MR. JOHN WILEY, Chancellor, UW-Madison;
MR. KYLE P. MUELLER, UW Staff, Rathskeller
Supervisor; and MR. JOSHUA J. BARNES, UW
Staff, Rathskeller Employee,

                Defendants.

ORDER

08-cv-718-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

    Entered this 7th day of January, 2009.

               BY THE COURT:

                /s/

                _____
                BARBARA B. CRABB
                District Judge

1