# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| GERALD HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>MR. JOHN WILEY, Chancellor, UW-Madison; MR. KYLE P. MUELLER, UW Staff, Rathskeller Supervisor; and MR. JOSHUA J. BARNES, UW Staff, Rathskeller Employee,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No.: 08-cv-718 |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.


PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin

_____          _____1/23/09_____
**by Deputy Clerk**                                                                                    Date